STONE, Respondent, v. PENNSYLVANIA R. CO., Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. January 20, 1909.) Action by Nellie Stone against

the Pennsylvania Railroad Company, impleaded with others.

PER CURIAM. Judgment and order affirmed, with costs.

McLENNAN, P. J., and KRUSE, J., dissent, on the ground that there is no proof that the horse was killed by the agents, engines, or cars of the appellant.